**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HERMILITA IBARRA,

Plaintiff,

v.

SMITH'S FOOD & DRUG CENTERS, INC.,

Defendant.

Case No. 2:26-cv-01941-APG-NJK

**Scheduling Order**

[Docket No. 12]

Pending before the Court is a proposed discovery plan. Docket No. 12.

**I. CASE MANAGEMENT DEADLINES**

The presumptively reasonable discovery period is 180 days from the date the first defendant answers or appears. LR 26-1(b)(1). Local Rule 26-1(a) provides that a plan requesting longer deadlines must include a statement of the reasons why longer or different time periods should apply to the case.

The first defendant appeared in this action on June 26, 2026. Docket No. 1. The parties request a 180-day discovery period from the date the first defendant appeared. *See* Docket No. 12 at 2. Accordingly, the Court **SETS** the presumptively reasonable case management deadlines as follows:

- Initial disclosures: July 30, 2026
- Amend pleadings/ add parties: September 24, 2026
- Initial experts: October 23, 2026
- Rebuttal experts: November 23, 2026
- Discovery cutoff: December 23, 2026
- Dispositive motions: January 22, 2027
- Joint proposed pretrial order: February 22, 2027, or 30 days after resolution of dispositive motions

The case management deadlines are not to be considered tentative in nature. The Court intends to enforce case management deadlines absent a proper showing that modification is warranted, even if that request is presented jointly or by stipulation.

## II. DISCOVERY MOTIONS

Seeking judicial intervention on discovery disputes is *strongly discouraged*. The Court does not generally entertain requests for informal resolution of discovery disputes, so discovery disputes must ordinarily be presented through proper motion practice. Such motion practice must include a statement certifying that counsel could not satisfactorily resolve the matter after personal consultation and sincere effort to do so. The parties and counsel are warned that there is a presumption that reasonable expenses—including attorneys' fees—will be awarded to the victor of a discovery motion. The Court will not hesitate to impose such awards as warranted given their intended deterrent purpose.

Discovery motions must be filed without undue delay. In addition, absent unusual circumstances, the Court will not consider discovery motions filed more than 14 days after the discovery cutoff.

## III. LATER-APPEARING PARTIES

Any later appearing party must serve initial disclosures within 21 days of that party's first appearance in the case. The case management deadlines set forth above otherwise apply to any later appearing party as currently set, unless a request to modify those deadlines is filed and granted by the Court.

## IV. CONCLUSION

The pending discovery plan is **GRANTED** as stated above. Docket No. 12.

IT IS SO ORDERED.

Dated: July 17, 2026

Nancy J. Koppe
United States Magistrate Judge